

# Fourth Court of Appeals
## San Antonio, Texas

February 16, 2023

No. 04-23-00023-CV

**IN THE INTEREST OF B.R.S., A.M.S., M.R.S., N.J.S., M.A.S., AND L.R.S.**, Children

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-PA-00009
Honorable Linda A. Rodriguez, Judge Presiding

# O R D E R

Appellant has filed a motion for a twenty-day extension of time to file a brief. We **grant** the motion and **order** appellant's brief filed by **March 6, 2023**. This is an accelerated appeal of an order in a suit for termination of the parent-child relationship that must be disposed of by this court within 180 days of the date the notice of appeal was filed in the trial court. *See* TEX. R. JUD. ADMIN. 6.2. Because of the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

It is so **ORDERED** on February 16, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT